## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| EMC MORTGAGE, LLC, | : No. 116 MAL 2015 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| ALESSANDRO SPENNATO AND | : |
| CONCETTA SPENNATO, | : |
| | : |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.